IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT J. BOOKHAMER,                    *

Petitioner,                             *

v                                       *           CIV. NO. JKB-24-2469
                                                    CRIM. NO. JKB-14-0346
UNITED STATES OF AMERICA,               *

Respondents.                            *
                                      ***

### MEMORANDUM AND ORDER

On September 3, 2024, this civil action was opened pursuant to a letter filed by Robert J. Bookhamer requesting that his 2016 conviction for conspiracy to distribute and possess with intent to distribute controlled substances be expunged. (ECF No. 1.) Petitioner outlines his success in putting his conviction behind him and being a father, mentor, coach, and role model as well as maintaining a successful eight-year career in title insurance. (*Id.*) He requests the expungement to open opportunities for himself and his employer. (*Id.*)

The Fourth Circuit has explained that:

> It is elementary that federal courts are courts of limited jurisdiction. They "possess only that power authorized by the Constitution and statute, which is not to be expanded by judicial decree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377, (1994) (internal citations omitted). Neither the Constitution nor any federal statute confers upon federal courts the power to expunge a criminal conviction such as [the Defendant's].

*United States v. Mettetal*, 714 F. App'x 230, 233 (4th Cir. 2017). Accordingly, while the Court commends Mr. Bookhamer on his accomplishments, this Court lacks jurisdiction to grant the relief sought and the petition must be dismissed.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Expungement (ECF No. 1) is DENIED;

2. The Clerk SHALL SEND a copy of this Order to Petitioner; and

3. The Clerk SHALL CLOSE this case.

Dated this 19 day of Nov., 2024.

FOR THE COURT:

James K. Bredar
United States District Judge